**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| | |
|---|---|
| **RICHARD K. FOLSOM and JAN L.**<br>**FOLSOM, Individually and as**<br>**Co-Administrators of the Estate**<br>**of SETH ELLIS FOLSOM, Deceased,** | |
| **Plaintiffs,** | **CASE NO.  3:04-CV-42(CDL)** |
| **v.** | |
| **KAWASAKI MOTORS CORP., U.S.A.;**<br>**KAWASAKI HEAVY INDUSTRIES, LTD.;**<br>**KAWASAKI MOTORS MANUFACTURING**<br>**CORP., U.S.A.; JOE HOLLIFIELD;**<br>**BRADY A. STEVENS; and Z.S., a**<br>**minor,** | |
| **Defendants.** | |

**ORDER AUTHORIZING THE RELEASE OF**
**RECORDS OF JUVENILE PROSECUTION**

It appearing that the parties consent hereto, and for good cause shown, it is hereby ORDERED that the records and investigation materials concerning juvenile proceedings against Z.S., a minor, relating to the prosecution (now terminated) of Z.S. concerning an incident of May 25, 2002 occurring at Lake Hartwell in Hart County, Georgia, involving the death of Seth Ellis Folsom, be released to any of the counsel of record in the above-styled case.  The records that are hereby authorized and directed to be released include all records and materials pertaining to the matter of Z.S. of the Juvenile Court in Hart

4

County, all records and materials of the District Attorney of Hart County, all records and materials of the Sheriff of Hart County, and all records and materials of the Georgia Department of Natural Resources. Any counsel obtaining the said records shall promptly distribute them to other counsel of record in this action.

This Order authorizes and directs that all records and materials that are the subject hereof be delivered to counsel in this case presenting a copy of this Order.

IT IS SO ORDERED, this 24th day of August, 2005.

                              S/Clay D. Land
                                   CLAY D. LAND
                              UNITED STATES DISTRICT JUDGE

Consented to:

          HAWKINS & PARNELL, LLP

          /s/ Michael J. Goldman
          Michael J. Goldman
          Georgia Bar No. 300100
          Counsel for Defendants Kawasaki Motors
          Corp., U.S.A.; Kawasaki Heavy
          Industries, Ltd.; Kawasaki Motors
          Manufacturing Corp., USA

4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 30308-3242
(404) 614-7400

LAW OFFICES OF FRANK A. CASSIANO, JR.


_/s/_ **Michael J. Goldman** _____
Frank A. Cassiano, Jr.
(by Michael J. Goldman with permission )
North Carolina Bar No. 15798
Lead Counsel for Plaintiffs


P.O. Box 7383
Greenville, NC 27835-7383
(252) 752-1000


COOK, NOELL, TOLLEY, BATES & MICHAEL, LLP


_/s/_ **Michael J. Goldman** _____
J. Vincent Cook
(by Michael J. Goldman with permission )
Georgia Bar No. 184100
R. Christopher Irwin, III
Georgia Bar No. 384805
Co-counsel for Plaintiffs


P.O. Box 1927
Athens, GA 30606
(706) 549-6111

THOMPSON, COBURN, LLP


_/s/_ **Michael J. Goldman**_____
Richard Mueller
(by Michael J. Goldman with permission )
Missouri Bar number: 3909
Co-Counsel for Defendants Kawasaki
Motors Corp., U.S.A.; Kawasaki Heavy
Industries, Ltd.; Kawasaki Motors
Manufacturing Corp., USA

One U S Bank Plaza
St. Louis, Missouri 63101-1693
(314) 552-6084


FORRESTER & BRIM


_/s/_ **Michael J. Goldman**_____
Weymon H. Forrester
(by Michael J. Goldman with permission )
Georgia Bar No. 269700
Attorney for Defendant Z.S.

P. O. Box 1688
Gainesville, GA 30503-1688
(770) 531-0800

10142501                                4