```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF GEORGIA
                       ATHENS DIVISION
```

RICHARD K. FOLSOM and JAN L.          *
FOLSOM, individually and as
Co-administrators of the              *
Estate of SETH FOLSOM, deceased,
                                      *
    Plaintiffs,
                                      *   Case Number 3:07-CV-42 (CDL)
vs.
                                      *
KAWASAKI MOTORS CORP., U.S.A.,
KAWASAKI HEAVY INDUSTRIES, LTD.,      *
KAWASAKI MOTORS MANUFACTURING
CORP., U.S.A., JOE HOLLIFIELD,        *
BRADY A. STEVENS, and ZACHARY
SMITH,                                *

    Defendants.                       *

## J U D G M E N T

This action came before the Court for a trial by jury. The issues have been tried and the jury returned a verdict in the above-captioned case on October 16, 2007 finding in favor of the Plaintiffs and against Defendants Zachary Smith, Joe Hollifield and Brady A. Stevens, and awarding damages in favor of Plaintiffs and against these Defendants in the amount of $36,196.95, jointly and severally. The jury found in favor of Defendants Kawasaki Motors Corp., U.S.A., Kawasaki Heavy Industries, Ltd., and Kawasaki Motors Manufacturing Corp., U.S.A.

Accordingly, **JUDGMENT** is hereby entered in favor of Richard K. Folsom and Jan L. Folsom and against Zachary Smith, Joe Hollifield and Brady A. Stevens in the amount of $36,196.95. The amount shall accrue interest from the date of entry of judgment at the rate of

4.24% per annum until paid in full. Plaintiffs shall also recover their costs against these Defendants. Plaintiffs shall recover nothing from the Kawasaki Defendants.

**JUDGMENT** is further entered in favor of the Kawasaki Defendants who shall recover their costs from Plaintiffs.

This 17th day of October, 2007.

Gregory J. Leonard, Clerk


s/ Gail G. Sellers
Deputy Clerk

Approved by:

S/Clay D. Land
Clay D. Land
United States District Judge